# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JEFFREY SILER, | : | |
| Plaintiff, | : | Case No. 3:03CV031 |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| WAL-MART STORES, INC., *et al.*, | : | |
| Defendants. | : | |

## DECISION AND ENTRY

The Court has reviewed *de novo* the Report and Recommendations (Doc. #59) of United States Magistrate Judge Sharon L. Ovington, to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Reports and Recommendations.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendations filed on June 5, 2007 (Doc. #59) is ADOPTED in full;

2. Plaintiff's Motion for Voluntary Dismissal (Doc. #57) is GRANTED;

3. This case is DISMISSED without prejudice; and

4. This case is terminated on the docket of this Court.

June 22, 2007                                                                                           **s/THOMAS M. ROSE**

                                                                              Thomas M. Rose
                                                      United States District Judge